UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                          §
                                                §
RENCHEN, JEFFREY LEE                            §        Case No. 11-15123
RENCHEN, SUSAN WILLIAMS                         §
                                                §
                            Debtor(s)           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                      $

           Funds were disbursed in the following amounts:

           Payments made under an interim
           disbursement
           Administrative expenses
           Bank service fees
           Other payments to creditors
           Non-estate funds paid to 3rd Parties
           Exemptions paid to the debtor
           Other payments to the debtor

           Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/SUSAN MANCHESTER_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

**Exhibit A**

Case No:     11-15123     WV   Judge: T.M. WEAVER

Case Name:   RENCHEN, JEFFREY LEE
             RENCHEN, SUSAN WILLIAMS

For Period Ending: 08/17/12

Trustee Name:   SUSAN MANCHESTER
Date Filed (f) or Converted (c):   09/19/11 (f)
341(a) Meeting Date:   10/18/11
Claims Bar Date:   08/13/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. All of Lot 12 in Block 1 of Fergusons Park Additio | 78,500.00 | 0.00 | DA | 0.00 | FA |
| 2. Weokie Credit Union checking account ending xxx139 | 309.56 | 0.00 | DA | 0.00 | FA |
| 3. MidFirst checking account ending xxx4495 | 740.22 | 0.00 | DA | 0.00 | FA |
| 4. 3 flat screen TV's - $350.00, 2 DVD players - $100 | 1,235.00 | 0.00 | DA | 0.00 | FA |
| 5. DVD's and CD's | 150.00 | 0.00 | DA | 0.00 | FA |
| 6. Clothing for 2 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. Husband and Wife's Wedding Rings | 1,350.00 | 0.00 | DA | 0.00 | FA |
| 8. Soonersave Plan 401 (a) | 5,015.96 | 0.00 | DA | 0.00 | FA |
| 9. Soonersave Plan 457 Plan | 2,693.22 | 0.00 | DA | 0.00 | FA |
| 10. 1996 Pontiac Boneville VIN#1G2HX52K4T4223427 | 500.00 | 0.00 | DA | 0.00 | FA |
| 11. 2002 Dodge Dakota VIN#1B7HL48N32S624965 | 4,100.00 | 0.00 | DA | 0.00 | FA |
| 12. 2008 Hyundai Sonata VIN#5NPET46C68H367537 | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 13. Dell Laptop Computer and Printer *Surrender* | 150.00 | 0.00 | DA | 0.00 | FA |
| 14. 2011 TAX REFUNDS (u) | 0.00 | 3,652.88 | | 4,245.44 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.13 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $104,243.96     $3,652.88     $4,245.57     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 27, 2012, 01:20 pm RECEIVED 2011 TAX RETURNS.
April 10, 2012, 01:41 pm TRUSTEE DETERMINED THAT $4,104.49 OWED TO THE ESTATE. DEBTORS STATING THAT
THEY WILL OWE BACK TAXES. BEFORE REOPENING TRUSTEE TO INVESTIGATE IF IRS WILL BE KEEPING ANY PORTION
OF REFUND. DEBTORS HAVE NOT RECEIVED REFUNDS.
April 12, 2012, 10:27 am RECEIVED 2011 IRS REFUND $4,245.44. TRUSTEE DETERMINED $3,638.89 OWED TO
THE ESTATE. FILED REOPEN. ORDER TO BE UPLOADED ON MAY 7TH.
May 17, 2012, 08:13 am FILE APP TO RELEASE FUNDS TO DEBTORS. $606.55. POC BAR DATE PASSES 8/13/12.
May 24, 2012, 01:26 pm FILE APP TO PAY ATTY FEES.
June 05, 2012, 10:33 am CUT CHECK TO PAY ATTY.
June 07, 2012, 09:30 am CUT CHECK TO PAY DEBTORS.
June 28, 2012, 02:04 pm POC BAR DATE PASSES 8/13/12. SEND LTR TO IRS.
August 16, 2012, 01:00 pm TRUSTEE REVIEWING CLAIMS.
August 17, 2012, 12:02 pm ENTER CLAIMS. PREPARE TFR, NFR AND TRUSTEE FEE APP.

Initial Projected Date of Final Report (TFR): 12/30/12     Current Projected Date of Final Report (TFR): 12/30/12

/s/     SUSAN MANCHESTER
_____   Date: 08/17/12
     SUSAN MANCHESTER

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    1

Exhibit B

| | | | |
|---|---|---|---|
| Case No: | 11-15123  -WV | Trustee Name: | SUSAN MANCHESTER |
| Case Name: | RENCHEN, JEFFREY LEE | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | RENCHEN, SUSAN WILLIAMS | Account Number / CD #: | *******1660  Checking - Non Interest |
| Taxpayer ID No: | *******6715 | | |
| For Period Ending: | 08/17/12 | | |

Blanket Bond (per case limit): $ 7,385,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,281.74 | | 3,281.74 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| Case No: | 11-15123 -WV | Trustee Name: | SUSAN MANCHESTER |
| Case Name: | RENCHEN, JEFFREY LEE | Bank Name: | BANK OF AMERICA, N.A. |
| | RENCHEN, SUSAN WILLIAMS | Account Number / CD #: | *******8555  Money Market - Interest Bearing |
| Taxpayer ID No: | *******6715 | | |
| For Period Ending: | 08/17/12 | Blanket Bond (per case limit): | $ 7,385,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/12/12 | 14 | UNITED STATES TREASURY | 2011 TAX REFUNDS | 1224-000 | 4,245.44 | | 4,245.44 |
| 04/30/12 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 4,245.46 |
| 05/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,245.50 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.39 | 4,240.11 |
| 06/05/12 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST, STE 420 NEW ORLEANS, LA 70139 | June 2012 Blanket Bond Payment | 2300-000 | | 4.34 | 4,235.77 |
| 06/05/12 | 000102 | SUSAN MANCHESTER 1100 N. SHARTEL OKLAHOMA CITY, OK 73103 | ATTORNEY FEES | | | 338.00 | 3,897.77 |
| | | | Fees              308.00 | 3110-000 | | | |
| | | | Expenses         30.00 | 3120-000 | | | |
| 06/07/12 | | Transfer to Acct #*******3605 | Bank Funds Transfer | 9999-000 | | 606.55 | 3,291.22 |
| 06/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,291.25 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.16 | 3,287.09 |
| 07/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,287.12 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.31 | 3,282.81 |
| 08/09/12 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,282.82 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 1.08 | 3,281.74 |
| 08/09/12 | | Trsf To FIRST NATIONAL BANK OF VINI | FINAL TRANSFER | 9999-000 | | 3,281.74 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit B

| Case No: | 11-15123 -WV | Trustee Name: | SUSAN MANCHESTER |
|---|---|---|---|
| Case Name: | RENCHEN, JEFFREY LEE | Bank Name: | BANK OF AMERICA, N.A. |
| | RENCHEN, SUSAN WILLIAMS | Account Number / CD #: | *******3605  Checking - Non Interest |
| Taxpayer ID No: | *******6715 | | |
| For Period Ending: | 08/17/12 | Blanket Bond (per case limit): | $  7,385,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements<br>($) | 7<br>Account /  CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/07/12 | | Transfer from Acct #*******8555 | Bank Funds Transfer | 9999-000 | 606.55 | | 606.55 |
| 06/07/12 | 001001 | JEFFREY & SUSAN RENCHEN<br>6001 NW 49TH STREET<br>WARR ACRES, OK  73122 | DEBTORS PORTION OF 2011 TAX<br>REFUNDS | 8100-002 | | 606.55 | 0.00 |

**Total Of All Accounts**    **3,281.74**

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

PFORM24

Ver: 16.06d

|  |  | EXHIBIT C | | | | |
| Page 1 |  | ANALYSIS OF CLAIMS REGISTER | | | | Date: August 17, 2012 |

Case Number:    11-15123

Debtor Name:    RENCHEN, JEFFREY LEE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2700-00 | US BANKRUPTCY CLERK 215 DEAN A. MCGEE AVE. OKLAHOMA CITY, OK 73102 | Administrative | | $260.00 | $0.00 | $260.00 |
| 001 3110-00 | SUSAN MANCHESTER 1100 N. SHARTEL OKLAHOMA CITY, OK 73103 | Administrative | | $338.00 | $338.00 | $0.00 |
| 999 8100-00 | JEFFREY & SUSAN RENCHEN 6001 NW 49TH STREET WARR ACRES, OK  73122 | Administrative | | $606.55 | $606.55 | $0.00 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST, STE 420 NEW ORLEANS, LA 70139 | Administrative | | $4.34 | $4.34 | $0.00 |
| 000001 070 7100-00 | Atlas Acquisitions LLC 294 Union St. Hackensack, NJ 07601 | Unsecured | | $1,024.21 | $0.00 | $1,024.21 |
| 000002 070 7100-00 | Capital Recovery IV LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $1,065.41 | $0.00 | $1,065.41 |
| 000003 070 7100-00 | Capital Recovery IV LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $863.79 | $0.00 | $863.79 |
| 000004 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany OH 43054-3025 | Unsecured | | $4,719.84 | $0.00 | $4,719.84 |
| 000005 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $6,397.73 | $0.00 | $6,397.73 |
| 000006 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $704.92 | $0.00 | $704.92 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 17, 2012

Case Number:    11-15123
Debtor Name:    RENCHEN, JEFFREY LEE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | | $14,044.45 | $0.00 | $14,044.45 |
| 000008 070 7100-00 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | | $12,071.66 | $0.00 | $12,071.66 |
| 000009 070 7100-00 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | | $3,583.37 | $0.00 | $3,583.37 |
| 000010 070 7100-00 | Quantum3 Group LLC as agent for World Financial Network Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | | $789.16 | $0.00 | $789.16 |
| 000011 070 7100-00 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $2,891.34 | $0.00 | $2,891.34 |
| 000012 070 7100-00 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $3,126.27 | $0.00 | $3,126.27 |
| 000013 070 7100-00 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $310.11 | $0.00 | $310.11 |
| 000014 070 7100-00 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | | $6,202.65 | $0.00 | $6,202.65 |
| 000015 070 7100-00 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | | $2,742.63 | $0.00 | $2,742.63 |
| 000016 070 7100-00 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | | $1,403.97 | $0.00 | $1,403.97 |
| 000017 070 7100-00 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | | $4,456.40 | $0.00 | $4,456.40 |
| 000018 070 7100-00 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $1,419.85 | $0.00 | $1,419.85 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 3 | | EXHIBIT C | | | | Date: August 17, 2012 |
| | | ANALYSIS OF CLAIMS REGISTER | | | | |

Case Number:   11-15123

Debtor Name:   RENCHEN, JEFFREY LEE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $69,026.65 | $948.89 | $68,077.76 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-15123
Case Name: RENCHEN, JEFFREY LEE
            RENCHEN, SUSAN WILLIAMS
Trustee Name: SUSAN MANCHESTER

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:


NONE


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: SUSAN MANCHESTER | $ | $ | $ |
| Trustee Expenses: SUSAN MANCHESTER | $ | $ | $ |
| Attorney for Trustee Fees: SUSAN MANCHESTER | $ | $ | $ |
| Attorney for Trustee Expenses: SUSAN MANCHESTER | $ | $ | $ |
| Charges: US BANKRUPTCY CLERK | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC | $ | $ | $ |
| 000002 | Capital Recovery IV LLC | $ | $ | $ |
| 000003 | Capital Recovery IV LLC | $ | $ | $ |
| 000004 | Discover Bank | $ | $ | $ |
| 000005 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000006 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000007 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000008 | FIA CARD SERVICES, N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000010 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000011 | GE Capital Retail Bank | $ | $ | $ |
| 000012 | GE Capital Retail Bank | $ | $ | $ |
| 000013 | GE Capital Retail Bank | $ | $ | $ |
| 000014 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000015 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000016 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000017 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000018 | Capital One, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____


        Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

        Tardily filed general (unsecured) claims are as follows:


NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE