UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
RENCHEN, JEFFREY LEE § Case No. 11-15123
RENCHEN, SUSAN WILLIAMS §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    SUSAN MANCHESTER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES <br>    AND CHARGES <br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER <br>    ADMIN. FEES AND <br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED <br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED <br> CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/SUSAN MANCHESTER_____
                                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JEFFREY & SUSAN RENCHEN |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SUSAN MANCHESTER | | | | | |
| SUSAN MANCHESTER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| US BANKRUPTCY CLERK | | | | | |
| SUSAN MANCHESTER | | | | | |
| SUSAN MANCHESTER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Po Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Oklahoma Tax Commission P.O. Box 26930 Oklahoma City, OK 73126-0930 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank South Dakota, N.A. c/o Portfolio Revovery Affiliates 120 Corporate Boulevard Suite 1 Norfolk, VA 23502 | | | | | |
| | Dillard's PO Box 981400 El Paso, TX 79998 | | | | | |
| | JC Penney P.O. Box 965005 Orlando, FL 32896 | | | | | |
| | Sam's Club c/o Portfolio Recovery 120 Corporate Boulevard Suite 1 Norfolk, VA 23502 | | | | | |
| | US Department of Education c/o Direct Loan Servicing Center PO Box 5609 Greenville, TX 75403-5609 | | | | | |
| | Weokie Credit Union c/o Weokie Visa Department PO Box 26090 Oklahoma City, OK 73126 | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC | | | | | |
| 000018 | CAPITAL ONE, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CAPITAL RECOVERY IV LLC | | | | | |
| 000003 | CAPITAL RECOVERY IV LLC | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000007 | FIA CARD SERVICES, N.A. | | | | | |
| 000008 | FIA CARD SERVICES, N.A. | | | | | |
| 000009 | FIA CARD SERVICES, N.A. | | | | | |
| 000011 | GE CAPITAL RETAIL BANK | | | | | |
| 000012 | GE CAPITAL RETAIL BANK | | | | | |
| 000013 | GE CAPITAL RETAIL BANK | | | | | |
| 000014 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000015 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000016 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000017 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000010 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-15123 | WV | Judge: T.M. WEAVER |
|---|---|---|---|
| Case Name: | RENCHEN, JEFFREY LEE | | |
| | RENCHEN, SUSAN WILLIAMS | | |
| For Period Ending: | 11/07/12 | | |

| Trustee Name: | SUSAN MANCHESTER |
|---|---|
| Date Filed (f) or Converted (c): | 09/19/11 (f) |
| 341(a) Meeting Date: | 10/18/11 |
| Claims Bar Date: | 08/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. All of Lot 12 in Block 1 of Fergusons Park Additio | 78,500.00 | 0.00 | | 0.00 | FA |
| 2. Weokie Credit Union checking account ending xxx139 | 309.56 | 0.00 | | 0.00 | FA |
| 3. MidFirst checking account ending xxx4495 | 740.22 | 0.00 | | 0.00 | FA |
| 4. 3 flat screen TV's - $350.00, 2 DVD players - $100 | 1,235.00 | 0.00 | | 0.00 | FA |
| 5. DVD's and CD's | 150.00 | 0.00 | | 0.00 | FA |
| 6. Clothing for 2 | 500.00 | 0.00 | | 0.00 | FA |
| 7. Husband and Wife's Wedding Rings | 1,350.00 | 0.00 | | 0.00 | FA |
| 8. Soonersave Plan 401 (a) | 5,015.96 | 0.00 | | 0.00 | FA |
| 9. Soonersave Plan 457 Plan | 2,693.22 | 0.00 | | 0.00 | FA |
| 10. 1996 Pontiac Boneville VIN#1G2HX52K4T4223427 | 500.00 | 0.00 | | 0.00 | FA |
| 11. 2002 Dodge Dakota VIN#1B7HL48N32S624965 | 4,100.00 | 0.00 | | 0.00 | FA |
| 12. 2008 Hyundai Sonata VIN#5NPET46C68H367537 | 9,000.00 | 0.00 | | 0.00 | FA |
| 13. Dell Laptop Computer and Printer *Surrender* | 150.00 | 0.00 | | 0.00 | FA |
| 14. 2011 TAX REFUNDS (u) | 0.00 | 3,652.88 | | 4,245.44 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.13 | FA |
| TOTALS (Excluding Unknown Values) | $104,243.96 | $3,652.88 | | $4,245.57 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 27, 2012, 01:20 pm RECEIVED 2011 TAX RETURNS.
April 10, 2012, 01:41 pm TRUSTEE DETERMINED THAT $4,104.49 OWED TO THE ESTATE. DEBTORS STATING THAT
THEY WILL OWE BACK TAXES. BEFORE REOPENING TRUSTEE TO INVESTIGATE IF IRS WILL BE KEEPING ANY PORTION
OF REFUND. DEBTORS HAVE NOT RECEIVED REFUNDS.
April 12, 2012, 10:27 am RECEIVED 2011 IRS REFUND $4,245.44. TRUSTEE DETERMINED $3,638.89 OWED TO
THE ESTATE. FILED REOPEN. ORDER TO BE UPLOADED ON MAY 7TH.
May 17, 2012, 08:13 am FILE APP TO RELEASE FUNDS TO DEBTORS. $606.55. POC BAR DATE PASSES 8/13/12.
May 24, 2012, 01:26 pm FILE APP TO PAY ATTY FEES.
June 05, 2012, 10:33 am CUT CHECK TO PAY ATTY.
June 07, 2012, 09:30 am CUT CHECK TO PAY DEBTORS.
June 28, 2012, 02:04 pm POC BAR DATE PASSES 8/13/12. SEND LTR TO IRS.
August 16, 2012, 01:00 pm TRUSTEE REVIEWING CLAIMS.
August 17, 2012, 12:02 pm ENTER CLAIMS. PREPARE TFR, NFR AND TRUSTEE FEE APP.
August 21, 2012, 02:24 pm FILED SAME.
September 19, 2012, 12:02 pm CUT CHECKS.
November 07, 2012, 11:01 am PREPARE TDR.

Initial Projected Date of Final Report (TFR): 12/30/12     Current Projected Date of Final Report (TFR): 12/30/12

/s/   SUSAN MANCHESTER
_____   Date: 11/07/12

PFORM1

Ver: 17.00b

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-15123    WV    Judge: T.M. WEAVER | Trustee Name:    SUSAN MANCHESTER |
| Case Name: | RENCHEN, JEFFREY LEE | Date Filed (f) or Converted (c):    09/19/11 (f) |
| | RENCHEN, SUSAN WILLIAMS | 341(a) Meeting Date:    10/18/11 |
| | | Claims Bar Date:    08/13/12 |
| | SUSAN MANCHESTER | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-15123 -WV | Trustee Name: | SUSAN MANCHESTER |
|---|---|---|---|
| Case Name: | RENCHEN, JEFFREY LEE | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | RENCHEN, SUSAN WILLIAMS | Account Number / CD #: | *******1660  Checking - Non Interest |
| Taxpayer ID No: | *******6715 | | |
| For Period Ending: | 11/07/12 | Blanket Bond (per case limit): | $ 7,385,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,281.74 | | 3,281.74 |
| 09/19/12 | 001001 | SUSAN MANCHESTER<br>1100 N. SHARTEL<br>OKLAHOMA CITY, OK  73103 | Chapter 7 Compensation/Fees | 2100-000 | | 913.25 | 2,368.49 |
| 09/19/12 | 001002 | SUSAN MANCHESTER<br>1100 N. SHARTEL<br>OKLAHOMA CITY, OK  73103 | Chapter 7 Expenses | 2200-000 | | 38.25 | 2,330.24 |
| 09/19/12 | 001003 | US BANKRUPTCY CLERK<br>215 DEAN A. MCGEE AVE.<br>OKLAHOMA CITY, OK 73102 | REOPEN FEES | 2700-000 | | 260.00 | 2,070.24 |
| 09/19/12 | 001004 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 3.05% | 7100-000 | | 31.27 | 2,038.97 |
| 09/19/12 | 001005 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000002, Payment 3.05%<br>(2-1) GE Capital Corp. | 7100-000 | | 32.52 | 2,006.45 |
| 09/19/12 | 001006 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000003, Payment 3.05%<br>(3-1) GE Capital Corp. | 7100-000 | | 26.37 | 1,980.08 |
| 09/19/12 | 001007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000004, Payment 3.05% | 7100-000 | | 144.08 | 1,836.00 |
| 09/19/12 | 001008 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000005, Payment 3.05% | 7100-000 | | 195.30 | 1,640.70 |
| 09/19/12 | 001009 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000006, Payment 3.05% | 7100-000 | | 21.52 | 1,619.18 |
| 09/19/12 | 001010 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000007, Payment 3.05%<br>(7-1) Noticing creditor given as:<br>FIA Card Services, N.A. as successor in<br>interest to Bank of America, N.A. (USA) and<br>MBNA America Bank, N.A. | 7100-000 | | 428.73 | 1,190.45 |
| 09/19/12 | 001011 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000008, Payment 3.05% | 7100-000 | | 368.51 | 821.94 |
| 09/19/12 | 001012 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000009, Payment 3.05% | 7100-000 | | 109.38 | 712.56 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-15123 -WV | Trustee Name: | SUSAN MANCHESTER |
|---|---|---|---|
| Case Name: | RENCHEN, JEFFREY LEE | Bank Name: | FIRST NATIONAL BANK OF VINITA |
|  | RENCHEN, SUSAN WILLIAMS | Account Number / CD #: | *******1660 Checking - Non Interest |
| Taxpayer ID No: | *******6715 | | |
| For Period Ending: | 11/07/12 | Blanket Bond (per case limit): | $ 7,385,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/19/12 | 001013 | Quantum3 Group LLC as agent for World Financial Network Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000010, Payment 3.05% (10-1) Unsecured Debt | 7100-000 | | 24.09 | 688.47 |
| 09/19/12 | 001014 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000011, Payment 3.05% (11-1) LOWE'S PROJECT CARD or GEMB | 7100-000 | | 88.26 | 600.21 |
| 09/19/12 | 001015 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000012, Payment 3.05% (12-1) JCPENNEY CREDIT SERVICES or GEMB | 7100-000 | | 95.43 | 504.78 |
| 09/19/12 | 001016 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000013, Payment 3.05% (13-1) DILLARD'S or GEMB | 7100-000 | | 9.47 | 495.31 |
| 09/19/12 | 001017 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Claim 000014, Payment 3.05% | 7100-000 | | 189.35 | 305.96 |
| 09/19/12 | 001018 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Claim 000015, Payment 3.05% | 7100-000 | | 83.72 | 222.24 |
| 09/19/12 | 001019 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Claim 000016, Payment 3.05% | 7100-000 | | 42.86 | 179.38 |
| 09/19/12 | 001020 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Claim 000017, Payment 3.05% | 7100-000 | | 136.04 | 43.34 |
| 09/19/12 | 001021 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000018, Payment 3.05% (18-1) CREDIT CARD DEBT | 7100-000 | | 43.34 | 0.00 |

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-15123 -WV | Trustee Name: | SUSAN MANCHESTER |
|---|---|---|---|
| Case Name: | RENCHEN, JEFFREY LEE | Bank Name: | BANK OF AMERICA, N.A. |
| | RENCHEN, SUSAN WILLIAMS | Account Number / CD #: | *******8555  Money Market - Interest Bearing |
| Taxpayer ID No: | *******6715 | | |
| For Period Ending: | 11/07/12 | Blanket Bond (per case limit): | $ 7,385,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/12/12 | 14 | UNITED STATES TREASURY | 2011 TAX REFUNDS | 1224-000 | 4,245.44 | | 4,245.44 |
| 04/30/12 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 4,245.46 |
| 05/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,245.50 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.39 | 4,240.11 |
| 06/05/12 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST, STE 420 NEW ORLEANS, LA 70139 | June 2012 Blanket Bond Payment | 2300-000 | | 4.34 | 4,235.77 |
| 06/05/12 | 000102 | SUSAN MANCHESTER 1100 N. SHARTEL OKLAHOMA CITY, OK 73103 | ATTORNEY FEES | | | 338.00 | 3,897.77 |
| | | | Fees      308.00 | 3110-000 | | | |
| | | | Expenses    30.00 | 3120-000 | | | |
| 06/07/12 | | Transfer to Acct #*******3605 | Bank Funds Transfer | 9999-000 | | 606.55 | 3,291.22 |
| 06/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,291.25 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.16 | 3,287.09 |
| 07/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,287.12 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.31 | 3,282.81 |
| 08/09/12 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,282.82 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 1.08 | 3,281.74 |
| 08/09/12 | | Trsf To FIRST NATIONAL BANK OF VINI | FINAL TRANSFER | 9999-000 | | 3,281.74 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 11-15123 -WV | | Trustee Name: | SUSAN MANCHESTER |
|---|---|---|---|---|
| Case Name: | RENCHEN, JEFFREY LEE | | Bank Name: | BANK OF AMERICA, N.A. |
| | RENCHEN, SUSAN WILLIAMS | | Account Number / CD #: | *******3605 Checking - Non Interest |
| Taxpayer ID No: | *******6715 | | | |
| For Period Ending: | 11/07/12 | | Blanket Bond (per case limit): | $ 7,385,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/07/12 | | Transfer from Acct #*******8555 | Bank Funds Transfer | 9999-000 | 606.55 | | 606.55 |
| 06/07/12 | 001001 | JEFFREY & SUSAN RENCHEN 6001 NW 49TH STREET WARR ACRES, OK  73122 | DEBTORS PORTION OF 2011 TAX REFUNDS | 8100-002 | | 606.55 | 0.00 |

Total Of All Accounts    0.00